**BECKER & POLIAKOFF LLP**
Helen Davis Chaitman, Esq. (4266)
45 Broadway
New York, New York 10006
hchaitman@bplegal.com
*Attorneys for Defendants RAR Entrepreneurial Fund, Ltd.*
*and Russell Oasis*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | SIPA LIQUIDATION <br><br> Adv. Pro. No. 08-01789 (SMB) <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br> Plaintiff, <br><br> v. <br><br> RAR ENTREPRENEURIAL FUND, LTD., et al., <br><br> Defendants. | Adv. Pro. No. 10-04352 (SMB) <br><br> Appeal No. _____ |

## NOTICE OF APPEAL

Defendants RAR Entrepreneurial Fund, Ltd. and Russell Oasis, ("Movants"), by their attorneys, Becker & Poliakoff, LLP, appeal under 28 U.S.C. § 158(a) from the *Order Granting in Part and Denying in Part Defendants' Motion to Dismiss* entered on July 16, 2015 in their adversary proceeding [ECF No. 65] (attached hereto as **Exhibit A**) and related *Memorandum*

{N0086000 }

*Decision Regarding Omnibus Motions to Dismiss* entered on June 2, 2015 [ECF No. 61] (attached hereto as **Exhibit B**).

The names of parties to the order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| | |
|---|---|
| Irving H. Picard, Trustee<br>Baker & Hostetler LLP<br>45 Rockefeller Plaza<br>New York, NY 10111<br>Telephone: 212-589-4688 | David J. Sheehan, Esq.<br>Baker & Hostetler LLP<br>45 Rockefeller Plaza<br>New York, NY 10111<br>Telephone: 212-589-4616<br>*Attorneys for the Trustee* |
| Becker & Poliakoff, LLP<br>45 Broadway<br>New York, NY 10006<br>Telephone: (212) 559-3322<br>*Attorneys for Defendants RAR Entrepreneurial Fund Ltd. and Russell Oasis* | Kevin H. Bell, Esq.<br>Securities Investor Protection Corporation<br>805 15th Street, NW<br>Suite 800<br>Washington, D.C. 20005<br>Telephone: (202) 371-8300 |

*Attorneys for Defendants in other actions listed on Appendix A to the July 16, 2015 order [ECF No. 61] on behalf of the parties identified therein:*

| | |
|---|---|
| Milberg LLP<br>One Pennsylvania Plaza<br>New York, NY 10119<br>Matthew Gluck, Esq.<br>Matthew A. Kupillas, Esq.<br>Jennifer L. Young, Esq.<br>Joshua E. Keller, Esq. | Lax & Neville LLP<br>1450 Broadway, 35th Floor<br>New York, NY 10018<br>Barry R. Lax, Esq.<br>Brian J. Neville, Esq.<br>Gabrielle Pretto, Esq. |
| Dentons US LLP<br>1221 Avenue of the Americas<br>New York, NY 10020<br>Carole Neville, Esq. | Pryor Cashman LLP<br>7 Time Square<br>New York, NY 10036<br>Richard Levy, Jr., Esq.<br>David C. Rose, Esq. |
| Delbello Donnellan Weingarten Wise &<br>Wiederkehr, LLP<br>1 N. Lexington Avenue<br>White Plains, NY 10601 | |

| | |
|---|---|
| Dated: July 30, 2015<br>New York, New York | **BECKER & POLIAKOFF LLP**<br><br>By:  */s/ Helen Davis Chaitman*<br><br>Helen Davis Chaitman<br>45 Broadway<br>New York, New York 10006<br>Telephone: (212) 599-3322<br>Facsimile: (212) 557-0295<br>hchaitman@bplegal.com<br><br>*Attorneys for Defendants RAR*<br>*Entrepreneurial Fund, Ltd.*<br>*and Russell Oasis* |

{N0086000 }